# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:08CR182 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT JONES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time by defendant Robert Jones (Jones) (Filing No. 44). Jones seeks an extension of time in which to file pretrial motions in accordance with the progression order. Jones has filed a motion for a bill of particulars and a motion to suppress (Filing Nos. 45 and 46). Jones's motion to extend will be granted so that he may file briefs in support of already filed motions and may file additional pretrial motions.

**IT IS ORDERED:**

Defendant Jones's motion for an extension of time (Filing No. 44) is granted. Jones is given until **on or before July 2, 2008,** in which to file any additional pretrial motions pursuant to the progression order. Jones shall file briefs in support of his filed motions (Filing Nos. 45 and 46) **on or before June 20, 2008.** Any newly filed motions shall be supported with a memorandum brief. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **May 27, 2008 and July 2, 2008**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 27th day of May, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge