IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:08CR182 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT JONES, a/k/a Black Bob, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's filing of a suggestion of death (Filing No. 102). The Court will grant plaintiff leave to dismiss the indictment against the defendant, Robert Jones. Accordingly,

IT IS ORDERED that plaintiff is granted leave to dismiss the indictment against defendant. Said indictment is dismissed without prejudice as it pertains to the defendant, Robert Jones.

DATED this 16th day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court